UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Johnathan King

    v.                              Case No. 05-fp-295

United States Social
    Security Administration

### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted.

This case has been assigned number 05-cv-295-PB.

**SO ORDERED.**

                                        /s/ Steven J. McAuliffe
                                        United States District Judge

Date: August 25, 2005

cc:  Raymond J. Kelly, Esq.